**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00609-CV
_____

**KOLLEN J. MOUTON, Appellant**

**V.**

**PALLETIZED TRUCKING, INC. AND SAIA, INC., Appellees**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-30947A

## O R D E R

Appellant's brief was due September 9, 2013. No brief or motion for extension of time has been filed. Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 18, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM